ROGERS JOSEPH O'DONNELL
Merri A. Baldwin (SBN 141957)
Amy L. Bomse (SBN 218669)
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Email: mbaldwin@rjo.com;
abomse@rjo.com

Attorneys for Defendants MIKAL C. WATTS, GUY L. WATTS II, ALICIA D. O'NEILL, WATTS GUERRA LLP, and WATTS GUERRA LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ROSEMARY CASAROTTI,<br><br>Plaintiff,<br><br>vs.<br><br>MIKAL C. WATTS; GUY L. WATTS II; ALICIA D. O'NEILL; WATTS GUERRA LLP, a limited liability partnership; WATTS GUERRA LLC, a Puerto Rico limited liability company; MAURO ARCHER LLC, a limited liability partnership; MAURO ACHER & ASSOCIATES, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03344-WBS-DMC<br><br>(Butte County Superior Court Case No. 25CV02896)<br><br>**STIPULATION AND ORDER TO REMAND CASE BACK TO BUTTE COUNTY SUPERIOR COURT** |

Plaintiff Rosemary Casarotti ("Plaintiff") and Defendants Mikal C. Watts, Guy L. Watts II, Alicia D. O'Neill, Watts Guerra LLP, and Watts Guerra LLC ("Defendants"), by and through their counsel, stipulate as follows:

WHEREAS, on July 18, 2025, Plaintiff filed a verified complaint in the Superior Court of the State of California for the County of Butte, in an action entitled *Rosemary Casarotti v. Mikal C. Watts, et al.*, Case No. 25CV02896;

1  WHEREAS, on September 10, 2025, Plaintiff filed a verified first amended complaint in the foregoing Butte County action;

WHEREAS, on November 18, 2025, Defendants filed a notice of removal of the foregoing Butte County action in the United States District Court for the Eastern District of California, pursuant to sections 1441 and 1332 of chapter 28 of the United States Code;

WHEREAS, also on November 18, 2025, Defendants filed notice of the foregoing removal with the Butte County Superior Court;

WHEREAS, Plaintiff and Defendants subsequently met and conferred concerning legal issues relating to removal and pursuant to those discussions, have agreed that this action should be remanded to the Butte County Superior Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, acting through counsel, that this action be remanded back to the Butte County Superior Court. The parties further stipulate and agree that each party shall bear its own costs with respect to the removal and subsequent remand of this action.

Dated: December 10, 2025     ROGERS JOSEPH O'DONNELL

By: /s/ Merri A. Baldwin
_____
Merri A. Baldwin
Attorneys for Defendants MIKAL C. WATTS, GUY L. WATTS II, ALICIA D. O'NEILL, WATTS GUERRA LLP, and WATTS GUERRA LLC

Dated: December 10, 2025     SWANSON LAW OFFICE

By: /s/ Mark D. Norcross
_____
Mark David Norcross
Attorneys for Plaintiff ROSEMARY CASAROTTI

Page 2

Case No.: 2:25-cv-03344-WBS-DMC Stipulation and Order to Remand Case to Butte County Superior

5238132.1

**ATTESTATION RE JOINT FILING**

I, Merri A. Baldwin, am the ECF User whose identification and password are being used to file this Stipulation to Remand Case Back to Butte County Superior Court.

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 10, 2025                ROGERS JOSEPH O'DONNELL

By: /s/ Merri A. Baldwin
_____
Merri A. Baldwin

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS ORDERED that the above-captioned action, Eastern District of California case number Case No. 2:25-cv-03344-WBS-DMC, is remanded back to the Butte County Superior Court and that this United States District Court. Eastern District of California case number Case No. 2:25-cv-03344-WBS-DMC shall be closed and the pretrial scheduling conference shall be removed from the Court's calendar upon the issuance of this Order. Each party shall bear its own costs with respect to the removal and subsequent remand of this action.

IT IS SO ORDERED.

Dated:  December 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE